NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RESEARCH FRONTIERS INCORPORATED,**
*Plaintiff-Appellant*

**v.**

**E INK CORPORATION, E INK HOLDINGS INC.,
FKA PRIME VIEW INTERNATIONAL CO. LTD.,
SONY ELECTRONICS INC., SONY CORPORATION,
BARNES & NOBLE INC., BARNESANDNOBLE.COM
LLC, AMAZON.COM INC.,**
*Defendants-Appellees*

---

2017-1599

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-01231-LPS, Chief Judge Leonard P. Stark.

---

## JUDGMENT

---

GEORGE PAZUNIAK, O'Kelly, Ernst, & Bielli, LLC, Wilmington, DE, argued for plaintiff-appellant. Also represented by TIMOTHY J. HALLER, Haller Law PLLC, Chicago, IL; GABRIEL I. OPATKEN, Noble IP LLC, Chicago, IL.

MICHAEL N. RADER, Wolf, Greenfield & Sacks, PC, Boston, MA, argued for defendants-appellees. Also represented by CHRISTOPHER HENRY, GERALD B. HRYCYSZYN.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 15, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |